*Henry Geller* and *John H. Conlin* for the United States et al.

No. 376. Fisher *v.* United States. C. A. 6th Cir. Certiorari denied. *Fred Elledge, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 379. Sosa *v.* United States. C. A. 7th Cir. Certiorari denied. *Sam Adam* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 389. Tynan et al. *v.* United States. C. A. D. C. Cir. Certiorari denied. *Myron G. Ehrlich* for Tynan, and *Charles B. Murray* for Hanrahan et al., petitioners. *Solicitor General Marshall* for the United States.

No. 390. Mass *v.* Brenner, Commissioner of Patents. C. A. D. C. Cir. Certiorari denied. *Robert J. Patch* for petitioner. *Solicitor General Marshall* for respondent.

No. 407. Krakover, Trustee *v.* United States. C. A. 10th Cir. Certiorari denied. *Fred M. Winner* and *Warren O. Martin* for petitioner. *Solicitor General Marshall* for the United States.

No. 412. Rundle *v.* Udall, Secretary of the Interior. C. A. D. C. Cir. Certiorari denied. *Moses Davis* for petitioner. *Solicitor General Marshall* for respondent.

No. 470. Board of Managers of the Arkansas Training School for Boys et al. *v.* George et al. C. A. 8th Cir. Certiorari denied. *Joe Purcell,* Attorney General of Arkansas, *R. D. Smith III,* Assistant Attorney General, and *Jack L. Lessenberry,* Special Assistant At-